UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

De Lage Landen Financial Services, Inc.,

    Plaintiff,

–v–

Bookit Operating LLC,

    Defendant.

21-cv-02519 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Because the Plaintiff has not yet served the Defendant, the initial pretrial conference is adjourned to July 2, 2021 at 3:45 P.M.

SO ORDERED.

Dated: June 3, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge