UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

De Lage Landen Financial Services, Inc.,

    Plaintiff,

–v–

Bookit Operating LLC,

    Defendant.

---

21-cv-02519 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As the defendant has failed to appear in this case, the initial pretrial conference in this matter is adjourned *sine die*. If the Plaintiff intends to move for default, it shall do so by July 30, 2021.

SO ORDERED.

Dated: June 24, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1