Case 1:21-cv-02519-AJN   Document 22   Filed 07/29/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/21

# akerman

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 880 3874
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6411
Scott.Kessler@akerman.com

**VIA ECF**

July 28, 2021

Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007

Re:   **De Lage Landen Financial Services, Inc. v. BookIt Operating LLC
(Case No. 21-cv-02519 (AJN))**

Dear Judge Nathan:

This firm represents Defendant BookIt Operating LLC ("BookIt" or "Defendant") in the above-captioned matter, and we write jointly with counsel for Plaintiff De Lage Landen Financial Services, Inc. ("DLL" or "Plaintiff), pursuant this Court's Individual Practices in Civil Cases, Rule 1.D, to request adjournment of the initial pretrial conference scheduled for August 6, 2021, at 3:45 P.M.,[1] including related submission deadlines set for July 30, 2021.[2]

Without prejudice to either party's claims or defenses in this matter, Plaintiff and Defendant hereby advise the Court that the parties have entered early stage settlement negotiations, and therefore respectfully request a short adjournment of the initial pretrial conference, scheduled

---

[1] *See* July 13, 2021 Order (ECF Dkt. No. 18).

[2] *See* April 21, 2021 Order (ECF Dkt. No. 6), ordering the parties to file a Proposed Civil Case Management Plan and Scheduling Order "no later than seven days prior to the Initial Pretrial Conference."

akerman.com

Hon. Alison J. Nathan, U.S.D.J.
July 28, 2021
Page 2

_____

for August 6, 2021, so the parties may focus their efforts on these nascent discussions, ideally obviating the need for protracted litigation proceedings in the first instance and conserving the Court's time and judicial resources.  This is the parties' first request for adjournment of the initial pretrial conference.[3]

Plaintiff and Defendant respectfully ask for the conference to be held on August 20, 2021, and are also available on August 13, 2021, and August 27, 2021, should August 20, 2021, not be amenable to the Court's schedule.[4]  Plaintiff and Defendant jointly request that the associated submission deadlines for the parties' Proposed Civil Case Management Plan and Scheduling Order and Joint Letter – currently scheduled for July 30, 2021 – similarly be adjourned to seven days prior to the rescheduled conference date.

We thank the Court in advance for Your Honor's attention to this matter.

**SO ORDERED.**

*/s/ Alison J. Nathan*
7/29/21

**The conference is adjourned to August 20, 2021 at 3:45 P.M.**

**PLATZER, SWERGOLD, LEVINE,**  **AKERMAN LLP**
**GOLDBERG, KATZ & JASLOW, LLP**

*/s/ Linda M. Gates*                                */s/ Scott M. Kessler*
Linda Mandel Gates                                  Scott M. Kessler
475 Park Avenue South, 18th Floor                   1251 Avenue of the Americas, 37th Floor
New York, NY 10018                                  New York, NY 10020
Phone:  (212) 593-3000                              Phone:  (212) 880-3800
Email:  lgates@platzerlaw.com                       Email:  scott.kessler@akerman.com

*Attorneys for Plaintiff De Lage Landen Financial Services, Inc.*    *Attorneys for Defendant BookIt Operating LLC*

---

[3] The Court adjourned a previous initial pretrial conference, set for June 11, 2021, *sine die* prior to Defendant's appearance and subsequent answer.

[4] The parties are amenable to submitting further alternative conference dates if any of the foregoing prove unworkable for the Court.