Case 1:21-cv-02519-AJN   Document 23   Filed 08/17/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

De Lage Landen Financial Services, Inc.,

        Plaintiff,

   –v–

Bookit Operating LLC,

        Defendant.

21-cv-2519 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference in this case scheduled for August 20, 2021 is adjourned to September 3, 2021 at 3:45 P.M. The parties are instructed to file their joint letter and proposed case management **seven days in advance** of the initial pretrial conference in accordance with the instructions set out in Dkt. Nos. 6, 18.

    SO ORDERED.

Dated: August 17, 2021
       New York, New York

                                                ALISON J. NATHAN
                                           United States District Judge