UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2022
```

De Lage Landen Financial Services Inc.,

        Plaintiff,

–v–

Bookit Operating LLC,

        Defendant.

21-cv-2519 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties consented to conduct all further proceedings before a United States Magistrate Judge. Dkt. No. 28. The parties are ordered to file a completed Notice, Consent, and Reference form. The form can be found at nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

SO ORDERED.

Dated: February 14, 2022
       New York, New York

                                                ALISON J. NATHAN
                                       United States District Judge