```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/22
```

# PLATZER, SWERGOLD, GOLDBERG, KATZ & JASLOW, LLP

475 PARK AVENUE SOUTH, 18TH FLOOR
NEW YORK, NEW YORK 10016

March 22, 2022

**VIA EFILING**
The Honorable Alison J. Nathan, Judge
United District Court for the Southern District of New York
40 Foley Square
New York, New York

    Re: De Lage Landen Financial Services, Inc. v. Bookit Operating LLC
    Case No. 1:21-cv-02519 (AJN)
    Conference: March 23, 2022

Your Honor:

    The undersigned represents the Plaintiff, De Lage Landen Financial Services, Inc. ("Plaintiff"), in the above referenced action against Defendant, BookIt Operating LLC ("Defendant").

    Pursuant to the Court's Order, Doc. 33, the Defendant was granted thirty (30) days to retain new counsel and for counsel to file a Notice of Appearance. Defendant has not done so. This week, the Plaintiff will be filing a Rule 55 motion for default for failure to defend, pursuant to the Order.

    In fact, the Defendant has filed an assignment for the benefit of creditors proceeding in Florida. Although the Florida filing does not stay this Action, for all intents and purposes, this Action will not be proceeding on a contested basis.

    Plaintiff respectfully requests that tomorrow's conference be adjourned *sine die,* based upon the above referenced facts, or held virtually.

> **The post-discovery conference scheduled for March 25, 2022 is adjourned sine die.**

Respectfully submitted,

Platzer, Swergold, Goldberg, Katz & Jaslow, LLP
/s/ *Linda Mandel Gates, Esq.*
Linda Mandel Gates (4953)

LMG\th
File No. 4421-599

g:\wpdocs\working\c...ting\letter judge nathan 3-22-22.docx

*[signature] 3/23/22*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.