UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

────────────────────────────────

DE LAGE LANDEN FINANCIAL
SERVICES, INC.,
                    Plaintiff,

      -v-

BOOKIT OPERATING LLC,
                    Defendant.

21-CV-2519 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On January 28, 2022, this Court relieved Scott Kessler as attorney of record for Defendant and stayed the case for thirty days to allow Defendant to obtain new counsel and for that new counsel to file a notice of appearance. (Dkt. No. 33.) The Court also stated that "if no new counsel has appeared on behalf of Defendant at the end of this thirty (30) day period, Plaintiff may file a motion for default for failure to defend pursuant to Federal Rule of Civil Procedure 55." (Dkt. No. 33.)

    On March 22, 2022, Plaintiff stated its intention to move for default because Defendant failed to retain new counsel within thirty days of January 28, 2022. (Dkt. No. 37.) Yet as of the date of this order, Plaintiff has not done so.

    Plaintiff is thus directed to notify the Court whether it intends to move for default, or if it has received any communication from Defendant about its retention of counsel.

    If Plaintiff fails by July 6, 2022, to either (1) file a letter concerning the status of Defendant obtaining new counsel, or (2) move for default, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

2

Dated: June 17, 2022
      New York, New York

                                                                          J. PAUL OETKEN
                                                          United States District Judge