**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DE LAGE LANDEN FINANCIAL
SERVICES, INC.,

                      Plaintiff,

     -against-                                 21 **CIVIL** 2519 (JPO)

                                             **DEFAULT JUDGMENT**

BOOKIT OPERATING LLC,

                      Defendant.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 15, 2022, DLL's motion for default judgment is GRANTED. DLL is awarded judgment against Bookit in the amount of $258,070.10; accordingly, the case is closed.

**Dated:**  New York, New York

        November 17, 2022

                                                         **RUBY J. KRAJICK**

                                                 _____
                                                     **Clerk of Court**

                                **BY:**        K. Mango

                                                     _____
                                                     **Deputy Clerk**